■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ELLISON, Also Known as ROBERT ELLISON, JR., Appel-

lant. [922 NYS2d 218]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered March 18, 2008. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Sconiers and Green, JJ.